[No. 27184-9-I. Division One. April 20, 1992.]

VINCENT BACHO, ET AL, *Appellants*, v. WILLIAM A. MCMAHON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-19924-6, Eugene G. Cushing, J. Pro Tem., entered August 7, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Forrest, J.

[No. 28554-8-I. Division One. April 20, 1992.]

KAREN Y. FOSS LIGHTNER TAPPER, *as Personal Representative, Appellant*, v. ARTHUR L. FOSS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-17500-2, J. Kathleen Learned, J., entered May 17, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Kennedy, JJ.

[No. 24281-4-I. Division One. April 20, 1992.]

*In the Matter of the Marriage of* GAYLE M. JOHNSON, *Appellant, and* NED JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 86-3-04325-4, Herbert M. Stephens, J., entered May 11, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Forrest, JJ.